# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2316
_____

Glenda Sue Gardner, Individually and As Personal Representative of The Estate of
Jacob Gardner; David Gardner

*Plaintiffs - Appellants*

v.

Frederick D. Franklin; Donald W. Kleine; Douglas County Attorney's Office,
Douglas County, Nebraska; Does 1-2

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: February 24, 2023
Filed: March 9, 2023
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

David Gardner and Glenda Gardner--individually and as representative for the estate of her son, Jacob--appeal the district court's[1] dismissal of their civil rights action raising claims under federal and state law. Following a careful review, we conclude that the district court did not err in dismissing the case. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.